

<u>Via ECF and Email</u>

The Honorable Naomi Reice Buchwald
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

November 20, 2025

RE:    *United States v. Dalessandro Valverde*
       *25-Cr-522*

Dear Judge Buchwald:

On August 11, 2025, Mr. Valverde was presented on a criminal complaint before Magistrate Judge Ricardo. Mr. Valverde was charged with conspiracy to distribute fentanyl. Based on an agreed-upon bail package, Judge Ricardo released Mr. Valverde on a $150,000 bond with conditions that included Pretrial supervision and home detention with electronic monitoring. The home detention provision permits Mr. Valverde to go to work, visit with his attorney, and attend prenatal appointments with his girlfriend.

Mr. Valverde has studiously abided by the conditions of release. Recently, his pregnant girlfriend and her daughter have been forced to leave her apartment. She has been residing with Mr. Valverde and his mother, but this is not a permanent solution. The young family has decided that it will be better for everyone to live in a family shelter together. Accordingly, I respectfully request that Mr. Valverde's bail conditions be modified to allow him to live in a NYC family shelter, rather than at home with his mother.

I have discussed the matter with Pretrial Services and the government, and neither objects. All other conditions of release will remain in place.

Thank you for your consideration.

Application granted, on the condition that
defendant's family obtains a private room to          Respectfully submitted,
enable enforcement of pre-trial monitoring.
**So ordered.**                                       /s/

*[signature]*                                         Florian Miedel
                                                      *Attorney for Dalessandro Valverde*
Dated: New York, New York
       November 20, 2025
          cc:    Government Counsel (*via* ECF)
                 Pretrial Services (*via* email)

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.frnamlaw.com