

Via ECF and Email                                    December 8, 2025
The Honorable Naomi Reice Buchwald
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

> RE:    **United States v. Dalessandro Valverde**
>        **25-Cr-522**

Dear Judge Buchwald:

On August 11, 2025, Mr. Valverde was presented on a criminal complaint before Magistrate Judge Ricardo. Mr. Valverde was charged with conspiracy to distribute fentanyl. Based on an agreed-upon bail package, Judge Ricardo released Mr. Valverde on a $150,000 bond with conditions that included Pretrial supervision and home detention with electronic monitoring. The home detention provision permits Mr. Valverde to go to work, visit with his attorney, and attend prenatal appointments with his girlfriend. Mr. Valverde currently resides with his girlfriend and her daughter in a city family shelter.

I write to the Court to respectfully request two temporary modifications of Mr. Valverde's bond, both made with the consent of the government and Pretrial Services. First, Mr. Valverde would like to attend the recital of his stepdaughter at her school on December 13th at 10 a.m. Second, Mr. Valverde would like to stay with his mother in the Bronx for Christmas, from the morning of December 24th to the evening of December 25th.

*Application granted.*

*So*

*Ordered*

*Buchwald,*

*USDJ*

*12/9/25*

As noted, these requests are made with the consent of the government and Pretrial Services.  .

Thank you for your consideration.

Respectfully submitted,

/s/

Florian Miedel
*Attorney for Dalessandro Valverde*

cc:    Government Counsel (*via* ECF)
       Pretrial Services (*via* email)

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com