

March 5, 2026

The Honorable Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

RE:    ***United States v. Dalessandro Valverde***
       ***25-Cr-522***

Dear Judge Abrams:

On August 11, 2025, Mr. Valverde was presented on a criminal complaint before Magistrate Judge Ricardo. Mr. Valverde was charged with conspiracy to distribute fentanyl. Based on an agreed-upon bail package, Judge Ricardo released Mr. Valverde on a $150,000 bond with conditions that included Pretrial supervision and home detention with electronic monitoring. Mr. Valverde has studiously abided by the conditions of release.

As the Court knows, in early February, Mr. Valverde was accepted into the YAOP Program. Through the program, he is intensively supervised by Pretrial Services and the Court. In light of Mr. Valverde's excellent compliance with the conditions of his release, and the fact that he is obtaining his GED and is fully employed, I respectfully request, with the consent of both Pretrial Services and the government, that his home detention condition be eliminated, to be replaced by curfew, as set by Pretrial Services.

Thank you for your consideration.

Respectfully submitted,

/s/

Florian Miedel
*Attorney for Dalessandro Valverde*

cc:    Government Counsel (*via* email and ECF)
       Pretrial Services (*via* email)

Application granted.

SO ORDERED.

_____

Ronnie Abrams, U.S.D.J.
March 6, 2026

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com