

**<u>Via ECF and Email</u>**                                           June 1, 2026
The Honorable Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

RE:    ***United States v. Dalessandro Valverde***
       ***25-Cr-522***

Dear Judge Abrams:

On August 11, 2025, Mr. Valverde was presented on a criminal complaint before Magistrate Judge Ricardo.  Mr. Valverde was charged with conspiracy to distribute fentanyl.  Based on an agreed-upon bail package, Judge Ricardo released Mr. Valverde on a $150,000 bond with conditions that included Pretrial supervision and home detention with electronic monitoring.  Mr. Valverde has studiously abided by the conditions of release.

As the Court knows, in early February, Mr. Valverde was accepted into the YAOP Program.  Through the program, he is intensively supervised by Pretrial Services and the Court.  In March, the Court agreed to replace Mr. Valverde's home detention condition with a curfew.

In addition to his long-held job at City Jeans, Mr. Valverde has taken advantage of the opportunities provided by Pretrial Services and is now working at a second job. When not working, he is at home with his fiancée and their children.  With the consent of both Pretrial Services and the government, I respectfully request that the electronic monitoring condition of Mr. Valverde's release be vacated.  The parties and Pretrial Services no longer believe that electronic monitoring is necessary to ensure his compliance with the conditions of his release.

Thank you for your consideration.

Application granted.                                     Respectfully submitted,

SO ORDERED.                                                 /s/

_____
Ronnie Abrams, U.S.D.J.                                 Florian Miedel
June 1, 2026                                            *Attorney for Dalessandro Valverde*

cc:    Government Counsel (*via* email and ECF)
       Pretrial Services (*via* email)

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com