Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
July 10, 2026

**Via ECF and Email**
The Honorable Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

July 9, 2026

**RE:** ***United States v. Dalessandro Valverde***
**25-Cr-522**

Dear Judge Abrams:

As the Court knows, in early February, Mr. Valverde was accepted into the YAOP Program. Through the program, he is intensively supervised by Pretrial Services and the Court.

Mr. Valverde would like to travel to Puerto Rico August 22-26 with his partner and their two children to visit her grandmother. They would be staying in a hotel in San Juan.

I have discussed this request with Pretrial Services, which does not object. The government also does not object as long as Mr. Valverde provides confirmation of purchased round trip airplane tickets and checks in with Pretrial Services upon his return – both of which he will do.

Accordingly, I respectfully request permission for Mr. Valverde to travel to Puerto Rico on August 22nd, to return on August 26th.

Thank you for your consideration.

Respectfully submitted,

/s/

Florian Miedel
*Attorney for Dalessandro Valverde*

cc: Government Counsel (*via* email and ECF)
Pretrial Services (*via* email)