MM

**Via ECF and Email** November 17, 2026

The Honorable Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

**RE:** ***United States v. Dalessandro Valverde***
**25-Cr-522**

Dear Judge Abrams:

As the Court knows, Mr. Valverde is a participant in this Court's YAO Program. Through the program, he is intensively supervised by Pretrial Services and the Court.

Mr. Valverde has been offered a job with Federal Express, which requires him to work in a warehouse in New Jersey. He has confirmed this with his Pretrial Services officer. I therefore respectfully ask the Court to modify Mr. Valverde's conditions of release to permit him to travel to and from New Jersey for work. Neither the government nor Pretrial Services objects.

Thank you for your consideration.

Respectfully submitted,

/s/

Florian Miedel
*Attorney for Dalessandro Valverde*

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
November 18, 2026

cc: Government Counsel (*via* email and ECF)
Pretrial Services (*via* email)